

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| LEONEL HERNANDEZ, | § | No. 08-19-00152-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D03827) |
| | § | |

**O RDER**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **October 18, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rachel Simons, Official Court Reporter for the 168th District Court, for El Passo County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before October 18, 2019.

IT IS SO ORDERED this 18th day of September 2019.

PER CURIAM